UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

## CIVIL RIGHTS COMPLAINT FORM FOR
## PRO SE, PRISONER LITIGANTS IN ACTIONS UNDER
## 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

_____,

Inmate ID Number: DC# X89326

Trevon Brown ,

*(Write the full name and inmate ID number of the Plaintiff.)*

Case No.: 3:21 cv 407-MCR-EMT
*(To be filled in by the Clerk's Office)*

v.

Justice, Johnson, Clerk, Studbron, Mills ,

**Jury Trial Requested?**
☑ YES  ☐ NO

*(Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

_____/

FILED USDC FLND PN
MAR 8 '21 PM3:02

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff

Plaintiff's Name: Trevon Brown    ID Number: X89326

List all other names by which you have been known: _____

Current Institution: SaNTa Rosa

Address: 5850 East MiltoN Road
Milton FL 32583

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *every* Defendant:

1. Defendant's Name: Juistice

   Official Position: Sgt

   Employed at: holmes CI

   Mailing Address: SaNTa RosG CI
   5850 East milton road

   ☐ Sued in Individual Capacity    ☐ Sued in Official Capacity

2. Defendant's Name: Clerk

   Official Position: Officer

   Employed at: Holmes

   Mailing Address: Santa Rosa CI 5850 East Milton Fl 32583

   ☐ Sued in Individual Capacity   ☐ Sued in Official Capacity

3. Defendant's Name: Johnson

   Official Position: sgt

   Employed at: Holmes CI

   Mailing Address: Santa Rosa CI 5850 East Milton Road Milton Fl 32583

   ☐ Sued in Individual Capacity   ☒ Sued in Official Capacity

*(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)    ☒ State/Local Officials (*§ 1983 case*)

## III. PRISONER STATUS

Indicate whether you are a prisoner, detainee, or in another confined status:

☐ Pretrial Detainee        ☒ Civilly Committed Detainee

☐ Convicted State Prisoner    ☐ Convicted Federal Prisoner

☐ Immigration Detainee      ☐ Other *(explain below)*:

_____

_____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief. Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal argument, quote cases, cite to statutes, or reference a memorandum.*** You may make copies of the following page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages

should be attached. *Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Trevon Brown #X89326
Santa Rosa Correctional Institution
Main Unit
5850 East Milton Road
Milton Florida 32583

US District Court Northern
District of Florida / North
Palafox Street, Pensacola, FL 32502

MAILED FROM A STATE
CORRECTIONAL INSTITUTION

PENSACOLA FL 325
4 MAR 2021 PM 2 L

RECEIVED MAR 08 2021

